# IN THE SUPREME COURT OF THE STATE OF NEVADA

DEAN MARTIN DR - LAS VEGAS, LLC, D/B/A LARRY FLYNT'S HUSTLER CLUB, A BUSINESS ORGANIZATION FORM UNKNOWN; LAS VEGAS BISTRO, LLC, A NEVADA LIMITED LIABILITY COMPANY; AND MODERN BOOKEEPING, INC., A MICHIGAN CORPORATION,

Appellants,

vs.

KRYSTAL CAMPBELL; SHANA RAGIN; ASHLEIGH PARK; JANE DOE DANCER I; JANE DOE DANCER II; JANE DOE DANCER III; AND JANE DOE DANCER IV, INDIVIDUALLY, AND ON BEHALF OF CLASS OF SIMILARLY SITUATED INDIVIDUALS,

Respondents.

No. 71862

FILED

MAY 1 1 2017

CLERK ...... COURT
BY
DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

This is an appeal from an appeal from order denying a motion to compel arbitration, denying attorney fees, and denying a motion to dismiss. Eighth Judicial District Court, Clark County; Rob Bare, Judge.

Appellants have filed a notice informing this court that on February 9, 2017, the United States District Court for the Eastern District of Michigan entered an opinion and order granting a joint motion for a preliminary injunction that has enjoined all related proceedings against any affiliated parties pursuant to 28 U.S.C. § 1651, the All Writs Act, pending approval of a nationwide settlement. Appellants confirm that the instant appeal is one of the cases subject to the federal court's order. No response has been filed. The parties have also filed a stipulation to stay the proceedings on the same basis.

17-15803

Given the applicability of the injunction, this appeal may linger indefinitely on this court's docket pending final resolution of the nationwide proceedings. Accordingly, we conclude that judicial efficiency will be best served if this appeal is dismissed without prejudice. This dismissal is without prejudice to the parties' rights to move for reinstatement of the appeal upon an order lifting the injunction or entry of a final resolution, if either of the parties deems such a motion appropriate at that time.[1]

ORDER this appeal DISMISSED.

_____, J.
Hardesty

_____, J.          _____, J.
Parraguirre                          Stiglich


cc:     Hon. Rob Bare, District Judge
        Kathleen M. Paustian, Settlement Judge
        Jackson Lewis P.C.
        Shafer & Associates, P.C.
        Morris Anderson
        Eighth District Court Clerk

---

[1]Any motion to reinstate this appeal must be filed within 60 days of entry of the order lifting the injunction.